UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY MARTINEZ | Criminal Case No. 1:21-mj-00081-PAS |

### MOTION TO DISMISS

Pursuant to Fed. R. Cr. P. 48(a), and without objection from the defendant, the Government moves to dismiss without prejudice the above-captioned case. As grounds for this motion, the Government has concluded that dismissal of the Complaint without prejudice is in the interests of justice.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ZACHARY CUNHA
United States Attorney

/s/ G. Michael Seaman
G. MICHAEL SEAMAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:   401-709-5073
george.seaman@usdoj.gov

CERTIFICATION

I hereby certify that on January 13, 2022, I electronically filed the Government's Motion to Dismiss through the ECF system and provided electronic notice of the motion to Mr. Charles Tamuleviz.

/s/ G. Michael Seaman
G. MICHAEL SEAMAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:   401-709-5073
george.seaman@usdoj.gov